■ GREINER-MALTZ COMPANY, INC., Appellant, v MORTON RECHLER et al., Doing Business as WE'RE DEVELOPING ASSOCIATES COMPANY, Respondents, et

al., Defendant.—Judgment of the Supreme Court, Nassau County, entered September 15, 1976, affirmed. No opinion. Appeal from an order of the Supreme Court, Nassau County, dated November 12, 1976, dismissed. No appeal lies from an order granting reargument of a decision. Respondents are awarded one bill of $50 costs and disbursements to cover both appeals. Damiani, J. P., Hawkins, Suozzi and O'Connor, JJ., concur.